**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

RODNEY WILSON MCCLANTON
ADC #108785                                                                            PLAINTIFF


V.                                      3:07CV00075 SWW/JTR

ERIK C. SAMMIS, Sergeant, Narcotics Division,
West Memphis Police Department; and
DOES, Officers, West Memphis Police Department                          DEFENDANTS


**ORDER**

     Plaintiff, who is proceeding *pro se* in this § 1983 action, has mailed the Court a letter

requesting a copy of the "Affidavit" he mailed the Court on "May 12, 2005." *See* docket entry #7.

     There is no such document in the record for this case.   The only documents Plaintiff has

filed in this case (other than his Complaint and *In Forma Pauperis* Application) are:  (1) a February

2005 Arrest Report from the West Memphis Police; (2) a February 2005 Information for Arrest

Warrant from the West Memphis Municipal Court; and (3) a document from the Delta Regional Unit

demonstrating that $11 was withdrawn from Plaintiff's institutional account on May 16, 2007.  *See*

docket entry #2, attachment.  In an abundance of caution, the Court will direct the Clerk to send

Plaintiff copies of those documents.

     Additionally, it appears that Plaintiff has previously filed two other lawsuits in this District:

(1) *McClanton v. Does*; 3:04CV00354 SWW; and (2) *McClanton v. Beach*; 3:04CV00372 WRW.

The Court will direct the Clerk to send Plaintiff docket sheets for each of those cases.  If Plaintiff

believes that the Affidavit he desires was filed in the record of either of those cases, he should file

a Motion for Copies (in that particular case) and identify the docket number of the pleading that contains the Affidavit.

IT IS THEREFORE ORDERED THAT the Clerk is directed to send Plaintiff a copy of the documents attached to his Complaint (docket entry #2, attachments) and the docket sheets for *McClanton v. Does*; 3:04CV00354 SWW and *McClanton v. Beach*; 3:04CV00372 WRW.

Dated this 27th day of June, 2007.

UNITED STATES MAGISTRATE JUDGE