**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RODNEY WILSON MCCLANTON
ADC #108785                                                                                          PLAINTIFF

V.                                  3:07CV00075 SWW/JTR

ERIK C. SAMMIS,
Sergeant, Narcotics Division,
West Memphis Police Department;
and DOES, Officers,
West Memphis Police Department                                                       DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted, and Judgment is entered in favor of Defendants on all claims set forth in this action. Dismissal of this action constitutes a "strike," as defined by 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 6th day of July, 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE